IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PERNELL CARTER                                                                PETITIONER
ADC # 078790

VS.                            CASE NO. 5:18-CV-00141-JM-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                             RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly. A certificate of appealability will not issue.

Petitioner's request for a hearing (Doc. No. 16) is denied.

SO ORDERED this 9th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE