IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PERNELL CARTER                                                    PETITIONER
ADC # 078790

VS.                    CASE NO. 5:18-CV-00141-JM-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                  RESPONDENT

## JUDGMENT

Carter's petition for a writ of habeas corpus is dismissed with prejudice.

SO ADJUDGED this 9th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE